# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 22-cr-335(2) (DWF/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Jason Mark Hamilton, | |
| Defendant. | |

This matter is before the Court on the Government's Motion for Discovery Pursuant to Federal Rules of Criminal Procedure 16(b), 12.1, 12.2, 12.3 and 26.2 ("Motion") (ECF No. 18). Mr. Hamilton did not file a response to the Government's Motion by the June 16, 2023 deadline and waived appearance at the now cancelled June 29, 2023 motion hearing (*see* ECF No. 54, 60).

The Government seeks discovery and disclosure as required by Rules 12.1, 12.2, 12.3, 16(b) and 26.2 of the Federal Rules of Criminal Procedure. The Government's motion is **GRANTED** insofar as Mr. Hamilton shall provide discovery to the extent required by the applicable Rules. With respect to expert discovery pursuant to Rules 16(a)(1)(G) and 16(b)(1)(C), the following deadlines shall apply:

a. Initial expert disclosures: 28 days prior to trial.

b. Rebuttal expert disclosures: 14 days prior to trial.

**SO ORDERED.**

Dated: June 22, 2023

*s/ Dulce J. Foster*
Dulce J. Foster
United States Magistrate Judge