UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.22-335 DWF-DJF

UNITED STATES OF AMERICA,

Plaintiff,

v.

GERARDO SANCHEZ-ACUNA,

Defendant.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2025, I served, or caused to be served, the following documents:

## MOTION TO DISMISS

to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by mail to:

**Gerardo Sanchez-Acuna**
**Reg. No. 53946-510**
**FCI-Sandstone**
**P.O. Box 1000**
**Sandstone, MN 55072**

Dated:  October 2, 2025

Respectfully Submitted,

JOSEPH H. THOMPSON
Acting United States Attorney

*s/ Andrew Palik*
BY:  ANDREW PALIK
Student Intern