**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America, | Criminal No. 22-335(1) (DWF/DJF), |
| | Civil No. 24-2526 (DWF) |
| Respondent-Plaintiff, | |
| v. | **ORDER** |
| Gerardo Sanchez-Acuna, | |
| Petitioner-Defendant. | |

This matter is before the Court on Defendant Gerardo Sanchez-Acuna's *pro se* motion for sanctions. (Doc. No. 266.) After reviewing the motion and the record in this case, the Court declines to exercise its discretion to impose sanctions.

Accordingly, **IT IS HEREBY ORDERED** that Defendant Gerardo Sanchez-Acuna's *pro se* motion for sanctions (Doc. No. [266]) is **DENIED**.

Dated: January 26, 2026              s/Donovan W. Frank
                                     DONOVAN W. FRANK
                                     United States District Judge