# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No.  26-1240

_____

Gerardo Sanchez-Acuna

Petitioner - Appellant

v.

United States of America

Respondent - Appellee

_____

Appeal from U.S. District Court for the District of Minnesota
(0:24-cv-02526-DWF)

_____

**JUDGMENT**

Before SHEPHERD, ERICKSON, and GRASZ, Circuit Judges.


This appeal comes before the court on appellant's application for a certificate of

appealability. The court has carefully reviewed the original file of the district court, and the

application for a certificate of appealability is denied.  The appeal is dismissed.

March 13, 2026


Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler